**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 29, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   King v. Osborn
      Civil Action No. 3:06-cv-00855-MEF

The above-styled case has been reassigned to Judge W. Keith Watkins.
Please note that the case number is now **3:06-cv-00855-WKW**. This new case number should be used on all future correspondence and pleadings in this action.