IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MAUREEN KING, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:06-cv-855-WKW |
| | ) |
| JANIE KATHLEEN OSBORN, | ) |
| | ) |
|     Defendant. | ) |

**<u>O R D E R</u>**

Upon consideration of the plaintiff's Motion to Remand (Doc. #4) filed on October 18, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on November 16, 2006.

It is further ORDERED that the defendant file a response which shall include a brief and any evidentiary materials on or before November 9, 2006. The plaintiff may file a reply brief on or before November 16, 2006.

**Briefs in support of or in opposition to any motion or application to the Court should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found.**

**The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. The paper courtesy copy shall be bound in a three-ring binder and tabbed for those submissions (including briefs and evidentiary materials) that exceed 25 pages**

DONE this the 20th day of October, 2006.

                                            /s/   W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE